IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON R. FLEEMAN,** | CIV-S-06-0652 FCD CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **ROY CASTRO, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's request for a 30-day enlargement of time is hereby granted. A response to the petition for writ of habeas corpus in this matter shall be filed on or before January 13, 2007.

December 21, 2006

UNITED STATES MAGISTRATE JUDGE

/s/   **CRAIG M. KELLISON**
Craig M. Kellison

[Proposed] Order

1